# IOWA COURT OF APPEALS

| | | | |
|---|---|---|---|
| State v. Beeks | 15–0374 | 04/05/2017 | Affirmed |
| Williams v. State | 15–0744 | 04/05/2017 | Affirmed |
| Sudduth v. State | 15–1816 | 04/05/2017 | Reversed and Remanded |
| State v. Brown | 15–2002 | 04/05/2017 | Conviction Conditionally Affirmed; Ruling on Motion Vacated; Remanded with Directions |
| Pulliam v. Danny Mac | 15–2115 | 04/05/2017 | Affirmed in part, Reversed in part, and Remanded with Directions |
| State v. Ward | 16–0027 | 04/05/2017 | Affirmed |
| State v. Jepsen | 16–0203 | 04/05/2017 | Sentence Conditionally Affirmed, Remanded with Instructions |
| Vasquez v. State | 16–0235 | 04/05/2017 | Affirmed |
| State v. Ramirez–Hernandez | 16–0283 | 04/05/2017 | Affirmed |
| State v. Cusic | 16–0323 | 04/05/2017 | Affirmed |
| Dixon v. State | 16–0329 | 04/05/2017 | Affirmed |
| State v. Melendez | 16–0589 | 04/05/2017 | Affirmed |
| Harris v. State | 16–0637 | 04/05/2017 | Affirmed |
| State v. Lucier | 16–0713 | 04/05/2017 | Affirmed |
| State v. Turner | 16–1161 | 04/05/2017 | Affirmed |
| State v. Hedgepeth | 16–1302 | 04/05/2017 | Appeal Dismissed |
| Koontz, In re Marriage of | 16–1412 | 04/05/2017 | Affirmed |
| Schneider, Estate of v. Lenth | 16–1413 | 04/05/2017 | Affirmed |
| State v. Ford | 16–1432 | 04/05/2017 | Affirmed |
| M.E., Matter of | 16–1479 | 04/05/2017 | Affirmed |
| K.S., In Interest of | 16–1497 | 04/05/2017 | Affirmed |
| City of North Liberty v. Weinman | 16–1576 | 04/05/2017 | Affirmed |
| L.H., In Interest of | 16–1653 | 04/05/2017 | Affirmed |
| Stanley, In re Marriage of | 16–1822 | 04/05/2017 | Affirmed |